UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN RE VEHICLE CARRIER SERVICES ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | Master Docket No. 13-cv-3306<br>(MDL No. 2471) |

## PLAN REGARDING THE PRESERVATION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

The parties agree to the following plan for preserving hard copy documents and tangible things and electronically stored information, as those terms are used in Fed. R. Civ. P. 34 ("Documents"):

Until further notice, each party is required to preserve and retain all Documents in its possession, custody or control that constitute, relate or refer to:

1. Communications among defendants or between plaintiffs and defendants concerning vehicle carrier services.

2. Rates, pricing, discounting or bidding practices for vehicle carrier services.

3. Responses to requests for quotes for vehicle carrier services.

4. Any decision by a defendant to submit or withdraw a bid to provide vehicle carrier services.

- 2 -

      5.      Alleged damages, harm or impact suffered by plaintiffs and members of the class as a result of the alleged conduct of defendants.

While this litigation is pending, no party shall alter, destroy or discard Documents or move them to a location that would make them more difficult to find. Each party acknowledges that these requirements supersede all company document retention policies and supplement prior instructions concerning document retention.

The time period covered by this preservation plan is September 6, 2008, through September 6, 2012. This plan may be modified by agreement of the parties or by order of the Court. Nothing in this plan shall alter or modify the parties' rights or obligations under the Federal Rules of Civil Procedure; nor shall it be construed as a waiver of any right that any party may have to object to the production of Documents in this case.