GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
C. Andrew Dirksen
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Attorneys for Plaintiff
Manaco International Forwarders, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Vehicle Carrier Services<br>Antitrust Litigation<br><br>*This Document Relates to All Actions* | Master Docket No.: 13-cv-3306<br>(MDL No. 2471) |

**CERTIFICATION OF SOLOMON B. CERA
AND CHARLES A. DIRKSEN**

To the Clerk of this Court and all parties of record:

Pursuant to the Court's December 27, 2013 Order, Solomon B. Cera and Charles A. Dirksen of Gold Bennett Cera & Sidener LLP, hereby certify that they have paid the requisite fee to the New Jersey Lawyer's Fund for Client Protection as required under Local Civil Rule 101.1(c)(2), and the *Pro Hac Vice* admission fee to the Clerk of the Court as required under Local Civil Rule 101.1(c)(3).

Dated: April 22, 2014                               Respectfully submitted,

                                                    By: /s/Solomon B. Cera
                                                    Solomon B. Cera
                                                    C. Andrew Dirksen
                                                    GOLD BENNETT CERA & SIDENER LLP
                                                    595 Market Street, Suite 2300
                                                    San Francisco, CA 94105
                                                    Telephone: (415) 777-2230

Facsimile: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com

Attorneys for Plaintiff
Manaco International Forwarders, Inc.