# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | CHRISTOPHER J.  BUGGY |
| JAMES D. CECCHI (1933-1995) | | | | °MEMBER NY BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | May 19, 2015 | | +MEMBER FL BAR ONLY |

<u>**VIA ECF**</u>

Honorable Esther Salas
United States District Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

        Re:    *In re Vehicle Carrier Services Antitrust Litigation*
                Civil Action No. 13-3306(ES)(JAD)

Dear Judge Salas:

        We are Interim Liaison Counsel for the End-Payor Class.  Please find enclosed a proposed Order modifying the Court's March 3, 2015 Order Appointing Interim Co-Lead and Liaison Counsel (ECF No. 106) to substitute Burns Charest LLP for Susman Godfrey LLP as Co-Lead Class Counsel for End-Payor Plaintiffs.  We are submitting this proposed Order because the attorneys at Susman Godfrey who had primary responsibility for this matter, Warren T. Burns and Daniel Charest, have moved from Susman Godfrey to Burns Charest.  Susman Godfrey consents to the substitution.

        If the proposed Order meets with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

        Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

                Respectfully submitted,

                CARELLA, BYRNE, CECCHI,
                OLSTEIN, BRODY & AGNELLO

                /s/ James E. Cecchi

                JAMES E. CECCHI

cc:        All Counsel (via ECF)