UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VEHICLE CARRIER SERVICES ANTITRUST LITIGATION | Master Docket No.: 13-3306(ES)(JAD) (MDL No. 2471) |
| *This Document Relates to All Actions* | **ORDER** |

THIS MATTER having been opened to the Court by Carella Byrne Cecchi Olstein Brody & Agnello, Interim Liaison Counsel for End-Payor Plaintiffs, and Susman Godfrey, LLP consenting hereto, and good cause appearing,

IT IS THIS 22nd day of May, 2015

ORDERED that the Order Appointing Interim Co-Lead and Liaison Counsel dated March 3, 2014, (ECF No. 106) is hereby modified to substitute Burns Charest LLP for Susman Godfrey LLP as Co-Lead Class Counsel for End-Payor Plaintiffs.

_____
ESTHER SALAS, U.S.D.J.