# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (NORTHERN DIVISION)

| | |
|---|---|
| **IN RE:  Automobile Carrier Antitrust Litigation** ) ) ) ) ) ) ) | Civil No. 13-cv-03306 ES JAD<br><br>**Individual Case to which this Notice Applies:**  Maravilla v Nappon., Case No.: 13-cv-06887 |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF MARAVILLA

Pursuant to Federal Rule of Civil Procedure and the applicable Rules of this Court, The Terrell Law Group hereby withdraws as counsel for Plaintiff Maravilla in the matter of Maravilla v. Nappon, et al*., 1:13-cv-06887 ES JAD*.  The Law Offices of Sydney Jay Hall will remain his attorney of record.

Dated: June 29, 2015

                                                  *s/ Reginald Terrell*
REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

*Attorney for Plaintiff*

ECF ATTESTATION

I, Reginald Terrell, an ECF User whose ID and password are being used to file the foregoing NOTICE OF WITHDRAWAL OF COUNSEL, in compliance with the applicable Federal Rules of Civil Procedure and the local rules of this court.

Dated:  6-27-2015                              *s/ Reginald Terrell*
                                                           REGINALD TERRELL