UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TO: All Counsel
FROM: Chambers of Judge Esther Salas
ACTION: *In re Vehicle Carrier Services Antitrust Litigation*
Master Docket No. 13-3306 (MDL No. 2471)
HEARING DATE: July 23, 2015 at 10:30 AM
RE: Oral Argument itinerary

In preparation for this Thursday's oral argument, please find below the itinerary and key topics to be discussed.

1. End-Payor Plaintiff's Request for Judicial Notice (D.E. No. 212)

2. Defendants' Consolidated Motion to Dismiss Indirect Purchaser Complaints (D.E. No. 209)
   - Shipping Act preemption
   - Antitrust standing / AGC
   - State law standing
   - Unjust enrichment
   - Failure to state a claim

3. Defendants' Consolidated Motion to Dismiss Direct Purchaser Complaints (D.E. No. 218)
   - Preemption of federal claims
   - Standing (*i.e.*, how were the DPPs injured?)
   - Filed Rate Doctrine

4. Defendants' Consolidated Motion to Stay the Time to Answer, Move or Otherwise Respond to the Complaint of General Motors (D.E. No. 255)

5. General Motors' Motion to Serve Defendants Nippon Yusen Kabushiki Kaisha and Wellenius Wilhelmsen Logistics AS through U.S. Consel (D.E. No. 256)