**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

July 24, 2015

**LETTER ORDER**

Re: *In re Vehicle Carrier Services Antitrust Litigation*
   **Master Docket No. 13-3306 (MDL No. 2471)**

Dear Counsel:

The Court writes to clarify its request regarding supplemental briefing, discussed on the record during the July 23, 2015 oral argument.

The Indirect Purchaser Plaintiffs and Defendants shall each submit a supplemental brief no more than twenty double-spaced pages in length further exploring the issue of whether state antitrust laws are conflict preempted by the Shipping Act of 1984. One area of interest to the Court is whether comparable federal statutes have remedial mechanisms for consumers similar to those in the Shipping Act. Both parties shall file their submissions no later than Tuesday, July 28, 2015.

The Court thanks counsel for their impressive advocacy and continued diligence.

**SO ORDERED.**

   *s/Esther Salas*
   **Esther Salas, U.S.D.J.**