UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VEHICLE CARRIER SERVICES ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | Master Docket No.: 13-3306 (ES)<br>(MDL No. 2471)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court are the following motions: Defendants' Consolidated Motion to Dismiss the Indirect Purchasers' Complaints, (D.E. No. 209); End-Payor Plaintiffs' Request for Judicial Notice in Support of Response to Defendants' Motion to Dismiss Indirect Purchaser Actions, (D.E. No. 212); Defendants' Consolidated Motion to Dismiss the Direct Purchasers' Complaint, (D.E. No. 218); Defendant EUKOR Car Carriers, Inc.'s Motion to Dismiss All Complaints, (D.E. No. 214); Höegh Defendants' Motion to Dismiss the Direct Purchasers' Complaint, (D.E. No. 227); and Höegh Defendants' Motion to Dismiss the Indirect Purchasers' Complaints, (D.E. No. 230).

For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 28th day of August 2015, hereby

**ORDERED** that End-Payor Plaintiffs' Request for Judicial Notice in Support of Response to Defendants' Motion to Dismiss Indirect Purchaser Actions, (D.E. No. 212), is GRANTED; and it is further

**ORDERED** that Defendants' Consolidated Motion to Dismiss the Indirect Purchasers' Complaints, (D.E. No. 209), and Defendants' Consolidated Motion to Dismiss the Direct Purchasers' Complaint, (D.E. No. 218), are GRANTED; and it is further

**ORDERED** that Defendant EUKOR Car Carriers, Inc.'s Motion to Dismiss All Complaints, (D.E. No. 214), Höegh Defendants' Motion to Dismiss the Direct Purchasers' Complaint, (D.E. No. 227), and Höegh Defendants' Motion to Dismiss the Indirect Purchasers' Complaints, (D.E. No. 230), are DENIED as moot; and it is further

**ORDERED** that the Complaints at issue—D.E. No. 142, Direct Purchaser Plaintiff Consolidated Amended Class Action Complaint; D.E. No. 183, End-Payor Plaintiff Second Consolidated Amended Class Action Complaint; D.E. No. 199, Automobile Dealer Second Consolidated Amended Class Action Complaint; No. 14-4469, D.E. No. 1, Truck and Equipment Dealer Class Action Complaint—are hereby dismissed *with* prejudice.

**SO ORDERED.**

s/ *Esther Salas*
**Esther Salas, U.S.D.J.**