## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In Re: | : | |
| Vehicle Carrier Services | : | Master Docket No.: 13-cv-3306 |
| Antitrust Litigation | : | (MDL No. 2471) |
| | : | |
| *This Document Relates to All Actions* | : | |
| | : | |

## NOTICE OF MOTION UNDER RULE 60(B)(4), (B)(6)

Please take notice that, pursuant to Federal Rule of Civil Procedure 60(b)(4) and (b)(6) and Local Rule 7.1(i), End-Payor, Automobile Dealer, and Truck and Equipment Dealer (collectively, "Indirect Purchaser Plaintiffs") hereby move this Court to vacate its September 28, 2015 Order dismissing the Indirect Purchaser Plaintiffs' complaints with prejudice. (Docket Entry No. 276). For the reasons articulated in detail in the accompanying memorandum, the Indirect Purchaser Plaintiffs respectfully submit that Defendants' unlawful agreements to fix the prices of vehicle carrier services for the shipment of new assembled motor vehicles are not governed by the Shipping Act of 1984 and are not subject to Federal Maritime Commission jurisdiction. Accordingly, the Court's Order finding the Indirect Purchaser Plaintiffs' claims preempted by the Shipping Act should be set aside.

Dated: November 4, 2015                                  Respectfully submitted,

                                                         By: /s/ *Warren T. Burns*
                                                             Warren T. Burns

Warren T. Burns
Daniel H. Charest
William Thompson
**BURNS CHAREST LLP**
500 North Akard, Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com
wthompson@burnscharest.com

Korey A. Nelson
Elizabeth A. Roché
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: 504-881-1765
knelson@burnscharest.com
eroche@burnscharest.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
wvreiss@robinskaplan.com

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

**Proposed Interim Co-Lead Counsel for End-Payor Plaintiff**

Jonathan W. Cuneo

James E. Cecchi
**CARELLA.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

**Proposed Interim Liaison Counsel for End-Payor Plaintiffs**

Joel Davidow
Katherine Van Dyck
Daniel Cohen
**CUNEO GILBERT & LADUCA, LLP**
507 C Street NE
Washington, D.C. 20002
Telephone: (202) 789-3960 jcuneo@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
danielc@cuneolaw.com

Benjamin D. Elga
**CUNEO GILBERT & LADUCA, LLP**
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
belga@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place 30 East Seventh Street
St. Paul, Minnesota  55101
Telephone: (651) 312-6500 sraiter@larsonking.com

*Automobile Dealer Interim Co-Lead Counsel*     (651) 312-6500 sraiter@larsonking.com

Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMA KNOPF LLP**
Park 80 Plaza West One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone:(201) 845-9600 psp@njlawfirm.com

*Automobile Dealer Liaison Counsel*

Valerie Nettles
LOVELACE & ASSOCIATES, P.A.
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32250
Telephone: (850) 837-6020
dml@lovelacelaw.com
alex@lovelacelaw.com

Gerard V. Mantese
David Hansma
Brendan Frey
MANTESE HONIGMAN ROSSMAN
& WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com

Ben F. Pierce Gore
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
gore@prattattorneys.com

**Additional Automobile Dealer Counsel**

Eric R. Breslin
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102
Telephone: (973) 424-2063
erbreslin@duanemorris.com

Wayne A. Mack
J. Manly Parks
Andrew Sperl
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, Pennsylvania 19103
wamack@duanemorris.com
jmparks@duanemorris.com
arsperl@duanemorris.com

**Truck and Equipment Dealer Plaintiff Counsel**

## CERTIFICATE OF SERVICE

This is to certify that on November 4, 2015, a true and correct copy of the foregoing instrument was filed with the United States District Court for the District of New Jersey via the Court's CM/ECF system, thereby causing copies to be electronically served upon all counsel of record.

<em>/s/ Warren T. Burns</em><br>
Warren T. Burns